In the Matter of the Accounting of FREDERICK R. RYAN, as Ancillary Executor of PATRICK J. MCMORAN, Deceased, Respondent.

ANNE E. HERRON, Appellant; WILLIAM WEBBER et al., Respondents.

(Submitted May 31, 1932; decided June 7, 1932.)

*Frederick R. Ryan* for motion.

*Lawrence R. Condon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.